AO 241 (Rev. 10/07)

Attachment A

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | Northern District of West Virginia |
| --- | --- |
| | 3:21cv84  Groh/Trumble/Sims |
| Name (under which you were convicted): Vernon Eugene Hambrick | Criminal Case No.: |
| Place of Confinement: H.C.C. (Huttonsville correctional) | D.O.C. Prisoner No.: 355-7886 |
| Petitioner (the name under which you were convicted) Vernon Eugene Hambrick  v.  Shelby O. Searl  Respondent (authorized person having custody of you) | FILED  JUN 04 2021  U.S. DISTRICT COURT  ELKINS WV 26241 |
| The Attorney General of the State of West Virginia | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Mingo County Circuit Court

   (b) Criminal case number (if you know): N/A

2. (a) Date of the judgment of conviction (if you know): 8-23-17

   (b) Date of sentencing: 8-30-17

3. Length of sentence: 20 yr supervised release sanction

4. In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Third Degree Sexual Abuse, supervision violation Indecent Exposure, obstructing officer Disorderly conduct (please see Attached)

6.  (a) What was your plea? (Check one)
    - ☐ (1) Not guilty
    - ☑ (2) Guilty
    - ☐ (3) Nolo contendere (no contest)
    - ☐ (4) Insanity plea

    (b) If you entered a guilty pleas to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? the charges I plead to was obtained illegally I was High on PCP And Had no knowledge of the proceedings my Attorney should have been able to tell by my Actions And speech

    (c) If you went to trial, what kind of trial did you have: (Check one)
    - ☐ Jury
    - ☑ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?
    - ☐ Yes
    - ☑ No

8.  Did you appeal from the judgment of conviction? ☑ Yes ☐ No

9.  If you did appeal, answer the following:
    (a) Name of court: Mingo county circuit court
    (b) Case number (if you know): N/A
    (c) Result: Denied
    (d) Date of result (if you know): ____
    (e) Grounds raised: I guess my Attorney Filled to suspend my charges And place me back on supervision (please see Attached)

    (f) Did you seek further review by a higher state court? ☒ Yes ☐ No

        If yes, answer the following:

        (1) Name of court: _____

        (2) Case number (if you know): _____

        (3) Result: _____

        (4) Date of result (if you know): _____

        (5) Grounds raised: *I was told prior to filling by counsel that the state stand silent and would not review supervised release cases. (WVSCOA)*

    (g) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

        If yes, answer the following:

        (1) Case number (if you know): _____

        (2) Result: _____

        (3) Date of result (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

        (2) Case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

AO 241 (Rev. 10/07)   **Attachment A**

    (5) Grounds raised: _____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motions?   ☐ Yes   ☒ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(b)    If you filed a second petition, application, or motion give the same information:

    (1) Name of court: _____

    (2) Case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motions?   ☐ Yes   ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed a third petition, application, or motion give the same information:

    (1) Name of court: _____

    (2) Case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motions? ☐ Yes ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application or motion?

    (1) First petition:   ☐ Yes ☐ No

    (2) Second petition: ☐ Yes ☐ No

    (3) Third petition:  ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

◎AO 241 (Rev. 10/07)                                **Attachment A**

(b)    If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

     (1) If you appealed from the judgment of conviction, did you raise this issue?

         ☐ Yes        ☐ No

     (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

_____

(d)    **Post-Conviction Proceedings (filed after conviction other than direct appeals):**

     (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    ☒ Yes    ☒ No

     (2) If your answer to Question (d) (1) is "Yes," state:

         Type of motion or petition: _____

         Name and location of the court where the motion or petition was filed:

         _My Attorney filed at Hearing_
         _I guess Please see Attached_

         Case number (if you know): _____

AO 241 (Rev. 10/07)                                      **Attachment A**

Date of the Court's decision: ___8-30-2017___

Result (attach a copy of the court's opinion or order, if available): ___
___Attached___

(3) Did you receive a hearing on your motion or petition?    ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Questions (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the motion or petition was filed:
   ___Mingo county circuit court___
   _____

   Case number (if you know): _____

   Date of the Court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): ___
   _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____
_____
_____
_____
_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ___told state WVSCoA wouldn't Review supervised release violations___

AO 241 (Rev. 10/07)   Attachment A

_____

_____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the West Virginia Supreme Court of Appeals?
   ☐ Yes   ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reasons(s) for not presenting them: _____

   was told that the state would stand silent and wouldn't review supervise Release violations W/V SCoA

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which grounds have not been presented, and state your reasons for not presenting them: _____

   _____
   _____
   _____
   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes ☒ No

   If "Yes," state the name and location of the court, the case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion

AO 241 (Rev. 10/07)                                           **Attachment A**

(d)     At sentencing: _____

(e)     On appeal: _____

(f)     In any post-conviction (filed after conviction other than a direct appeal) proceeding: _____

(g)     On appeal from any ruling against you in a post-conviction proceeding: ___

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging:    ☐ Yes    ☒ No

    (a)     If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b)     Give the date the other sentence was imposed: _____

    (c)     Give the length of the other sentence: _____

    (d)     Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☒ No

AO 241 (Rev. 10/07)                                                                                          **Attachment A**

18.   TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C § 2255 paragraph 6, provides in part that:

(1)  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of -

(A) the date on which the judgment of conviction became final;
(B) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(C) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court, if applicable to cases on collateral review; or
(D) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be toward any period of limitation under this subsection.

AO 241 (Rev. 10/07)                                                                                                   Attachment A

Therefore, you ask that the Court for the following relief:



and any other relief to which you may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, day, year).

Executed (signed) on  5-30-2021  (date).

_____
Vernon E. Hambrick
Your Signature

If the person signing is not you, state the relationship to you and explain why you are not signing this petition.